940

No. 80-1743. CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK ET AL. *v.* GUARDIANS ASSOCIATION OF THE NEW YORK CITY POLICE DEPARTMENT, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 80-1747. BETHLEHEM STEEL CORP. ET AL. *v.* GRANT ET AL. C. A. 2d Cir. Certiorari denied.

No. 80-1750. 31.72 ACRES OF LAND ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80-1754. COLLINS ET AL. *v.* JOHNSTON ET AL.; and
No. 80-1755. FULK ET AL. *v.* JOHNSTON ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 636 F. 2d 1213.

No. 80-1760. BRUDER *v.* TEXAS. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 80-1767. STUMBO *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 80-1768. LANCI *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80-1774. INDEPENDENT PARTY OF GEORGIA *v.* AMERICAN PARTY OF GEORGIA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 80-1779. ELLIS *v.* ELLIS ET AL. Ct. App. Ky. Certiorari denied.

No. 80-1786. BROWN *v.* LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY, DIVISION OF LOUISIANA STATE POLICE. Sup. Ct. La. Certiorari denied.